FILED IN OPEN COURT

ON 10/8/15

Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-283-BR(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| IBIN GILLEPSIE | ) | |

The Grand Jury charges that:

On or about April 28, 2015, in the Eastern District of North Carolina, IBIN GILLESPIE, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, knowingly possessed, in and affecting commerce, a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE NOTICE

Upon conviction of the violation alleged in Count One, defendant shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g) or 924(c), under the provisions of Title 18, United States Code, Section 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s) cannot be located upon

1

the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above. 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_10-6-15_
DATE

THOMAS G. WALKER
United States Attorney

_Barbara D. Koch_
BY: BARBARA D. KOCHER
Assistant United States Attorney

2